# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

November 22, 2019

**VIA ELECTRONIC FILING**

Hon. Laura Taylor Swain
United States District Judge
United States District Court          **MEMO ENDORSED**
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11 - 95 - 2019
```

      Re:      *Lopez v. Cora Realty Co., LLC et al.*
               Civil Action No. 1:18-cv-00746 (LTS)(BCM)

Dear Judge Taylor Swain:

Pursuant to Your Honor's Individual Practices, Plaintiff Luis Lopez writes jointly with the

Defendants to respectfully request an extension of the deadline to submit the joint pretrial order,

joint requests to charge, proposed voir dire, and proposed verdict sheet (the "pretrial materials").

The deadline to submit the pretrial materials is currently scheduled for today, November 22, 2019,

2019.  We respectfully request a short extension to November 26, 2019.  This is the third request

for an extension of the deadline to file pretrial materials.  The previous requests for extension were

granted.  The parties are nearly ready to submit the materials and believe that the requested short

extension will enable the parties to reduce disagreements in the joint submissions.  The requested

extension should not affect any other current deadlines.  We note that the pretrial conference is

scheduled for January 10, 2020.

Thank you for the Court's courtesies in considering this request.

November 22, 2019
Page 2

Respectfully submitted,

MICHAEL FAILLACE & ASSOCIATES, P.C.

By:    /s/ Joshua S. Androphy
       Joshua S. Androphy
       60 East 42nd Street, Suite 4510
       New York, New York 10165
       Telephone: (212) 317-1200
       Facsimile: (212) 317-1620
       *Attorneys for Plaintiff*


CLIFTON BUDD & DEMARIA, LLP

By:    /s/ Daniel C. Moreland
       Daniel C. Moreland (DM-2672)
       The Empire State Building
       350 Fifth Avenue, Suite 6110
       New York, New York 10118
       Telephone:    (212) 687-7410
       Facsimile:    (212) 687-3285
       *Attorneys for Defendants*


The requested extension is granted.
DE # 103 resolved.


SO ORDERED:

_____ 11/25/19
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE