# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS LOPEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORA REALTY CO., LLC, et al., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br><br> No. 18-cv-0746-KHV |

## ORDER

The final pre-trial conference remains set for January 10, 2020 at 11:00 AM with a courtroom change to Courtroom 15C of the Daniel Patrick Moynihan Courthouse in Foley Square. The trial is set for March 9, 2020 at 9:30 AM in a courtroom to be determined in the Foley Square Courthouse before Visiting Judge Kathryn H. Vratil. Parties are directed to contact Judge Vratil's chambers at ksd_vratil_chambers@ksd.uscourts.gov or at (913) 735-2300 with any questions.

**IT IS SO ORDERED.**

Dated this 10th day of December, 2019 at Kansas City, Kansas.

                                          s/ Kathryn H. Vratil
                                          KATHRYN H. VRATIL
                                          United States District Judge