# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS LOPEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORA REALTY CO., LLC, et al., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br><br> No. 18-cv-0746-KHV |

## **ORDER**

The jury trial previously set for March 9, 2020 is now **re-set** for March 16, 2020 at 9:30 AM in a courtroom to be determined in the Foley Square Courthouse before Visiting Judge Kathryn H. Vratil. Parties are directed to contact Judge Vratil's chambers at [ksd_vratil_chambers@ksd.uscourts.gov](mailto:ksd_vratil_chambers@ksd.uscourts.gov) or at (913) 735-2300 with any questions.

**IT IS SO ORDERED.**

Dated this 10th day of January, 2020 at New York, New York.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
