IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS LOPEZ, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | No. 18-cv-0746-KHV |
| CORA REALTY CO., LLC, et al., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## **ORDER**

The parties have notified the Court that they have settled this matter. The Court must approve any settlement under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). On or before **March 10, 2020**, the parties shall file a motion to approve the settlement agreement so that the Court can determine whether the settlement terms including the payment of attorney fees are fair and reasonable. An evidentiary hearing is scheduled for **March 16, 2020 at 9:30 AM** in a courtroom to be determined at the Daniel Patrick Moynihan Courthouse in Foley Square. Trial is continued until further order of the Court.

**IT IS SO ORDERED.**

Dated this 6th day of March, 2020.

                                        s/ Kathryn H. Vratil
                                        KATHRYN H. VRATIL
                                        United States District Judge