IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS LOPEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 18-cv-0746-KHV |
| CORA REALTY CO., LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

The Court hereby approves the parties' Settlement Agreement And General Release (Doc. #115-1) filed March 10, 2020 under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015).[1] The evidentiary hearing scheduled for March 16, 2020 is **cancelled**.

**IT IS SO ORDERED.**

Dated this 10th day of March, 2020.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

---

[1] The Court notes that the parties' letter (Doc. #115) filed March 10, 2010 and the Settlement Agreement And General Release (Doc. #115-1) reflect that defendant shall pay plaintiff $48,000.00. Accordingly, Page 2, Line 1 of the Settlement Agreement And General Release (Doc. #115-1), which states that the amount is "Forty-Eight Thousand Dollars ($48,500.00)," should be corrected to reflect the parties' agreement.